# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARNELL W. MOON, | |
| Plaintiff, | |
| vs. | Case No. 15-cv-00889-JPG-SCW |
| J.S. WALTON, *et al.*, | |
| Defendants. | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:** 6/23/2016

                                                **Justine Flanagan**
                                                **Acting Clerk of Court**

                                                **s/ Tina Gray**
                                                  **Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**